UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Frank Everett, individually and on behalf
of all others similarly situated,
　　　　　Plaintiff,

　　　　v.　　　　　　　　　　　　　　　　　CASE NO.:　**1:21-cv-7020**

Convergent Outsourcing, Inc.,
And John Does 1-25
　　　　　Defendant.

_____ /

**STIPULATION OF DISMISSAL**

　　　IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Frank Everett

and the Defendant in the above captioned action, that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee, and no person not

a party has an interest in the subject matter of the action, that this party is dismissed with prejudice

and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure.

**Dated:** July 21, 2022

| **For Plaintiff Frank Everett** | **For Defendant Convergent Outsourcing, Inc.** |
|---|---|
| _/s/ Tamir Saland_ <br> Tamir Saland <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> 201-282-6500 <br> tsaland@steinsakslegal.com | _/s/ Kirsten H. Smith_ <br> Kirsten H. Smith <br> Sessions, Israel & Shartle <br> 3850 N. Causeway Blvd Suite 200 <br> Metairie, LA 70002 <br> 504-846-7943 <br> ksmith@sessions.legal |
| | |

1

**SO ORDERED.**

**s/ WFK**

_____

Dated: July 22, 2022

Brooklyn, New York

HON. WILLIAM F. KUNTZ, II

UNITED STATES DISTRICT JUDGE